Paul Watkins
#02-A-3628
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007-1312

Re: Paul Watkins v. Ercole
06 Civ. 15222 (PAC)(GWG)

Your Honor,

Sir I am the above referenced petitioner in the above referenced matter presently before your Court and I am in contact with you with issues involving this matter.

At this time I am requesting for "(an extension of time to answer the respondents motion dated: 2/21/08"). This should be noted that the petitioner did not receive respondents response until 2/25/08.

Today is 3/18/08 and I am making this motion in a timely manner. And the reasons for requesting this extension of time, is because the response made by the respondents is lengthy and petitioner needs time to make an proper response.

WHEREFORE, petitioner prays for the relief sought in this motion and awaits for the courts determination in this matter. And hopes the court grants petitioner what he is seeking. And whatever the courts deem just and proper.

I declare under the penalty of perjury that the foregoing is true, and correct.

Extension to April 18, 2008 granted.

SO ORDERED: DATE: 3/21/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Sincerely Submitted,

Paul Watkins, #02-A-3628
Gren Haven Corr. Fac.
P.O. Box 4000
Stormville, NY 12582